## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-70113 |
| STEPHEN GREGORY ZAMIAS, SR., | : | |
| | : | Chapter 7 |
| | : | |
| Debtor. | : | Document No. _____ |
| | : | |
| | : | Related to Doc. No. 11 |

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____    Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
_____    Summary of Schedules
__X__    Schedule A - Real Property
__X__    Schedule B - Personal Property
__X__    Schedule C - Property Claimed as Exempt
_____    Schedule D - Creditors holding Secured Claims
        Check one:
           _____    Creditor(s) added
           _____    NO creditor(s) added
           _____    Creditor(s) deleted
_____    Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
           _____    Creditor(s) added
           _____    NO creditor(s) added
           _____    Creditor(s) deleted
__X__    Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
           __X__    Creditor(s) added: First Bank of Charleston, Inc.
           _____    NO creditor(s) added
           _____    Creditor(s) deleted
_____    Schedule G - Executory Contracts and Unexpired Leases
        Check one:
           _____    Creditor(s) added
           _____    NO creditor(s) added
           _____    Creditor(s) deleted
__X__    Schedule H - Codebtors
_____    Schedule I - Current Income of Individual Debtor(s)
_____    Schedule J - Current Expenditures of Individual Debtor(s)
__X__    Statement of Financial Affairs
_____    Chapter 7 Individual Debtor's Statement of Intention
_____    Chapter 11 List of Equity Security Holders
_____    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____    Disclosure of Compensation of Attorney for Debtor
_____    Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to the Bankruptcy Court's Mailing Matrix.

Date:  May 8, 2019

/s/ Kathryn L. Harrison
Attorney for Debtor(s) [or *pro se* Debtor(s)]

Kathryn L. Harrison
(Typed Name)

Campbell & Levine, LLC, 310 Grant Street, Suite 1700
Pittsburgh, PA 15219
(Address)

412-261-0310
(Phone No.)

PA I.D. No. 209601
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Stephen Gregory Zamias, Sr.** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number | 19-70113 | |
| (if known) | | |

■ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $      110,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $      946,365.63 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $      1,056,365.63 |

### Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $      9,630,023.08 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*........ | $      0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $      26,709,454.96 |
| | **Your total liabilities** | $      36,339,478.04 |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................. | $      11,417.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.................................................. | $      13,898.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Stephen Gregory Zamias, Sr.**                                    Case number *(if known)*  **19-70113**

8.  From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                          $ _____

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

|  |  |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Stephen Gregory Zamias, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | **19-70113** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| 1.1 | | | |
|---|---|---|---|
| **403 Slater Street** | **What is the property?** Check all that apply | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | | |
| | ☐ Duplex or multi-unit building | | |
| | ☐ Condominium or cooperative | | |
| | ☐ Manufactured or mobile home | | |
| **Johnstown    PA    15905-0000** | ☐ Land | **Current value of the entire property?** | **Current value of the portion you own?** |
| City    State    ZIP Code | ☐ Investment property | **$220,000.00** | **$110,000.00** |
| | ☐ Timeshare | | |
| | ☐ Other _____ | **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | **Who has an interest in the property?** Check one | **One-half owned by co-tenant Maryann Lambrinos** |
| **Cambria** | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ■ At least one of the debtors and another | ☐ Check if this is community property (see instructions) |
| | Other information you wish to add about this item, such as local property identification number: | |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>**

| $110,000.00 |
|---|

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | | | |
|---|---|---|---|
| Make: | **Audi** | | |

Model: **A-6**

Year: **2016**

Approximate mileage: **38,000**

Other information:

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$55,617.46   $55,617.46

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
.pages you have attached for Part 2. Write that number here...........................................................=>   $55,617.46

---

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....

| Regular household wares | $3,500.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....

| Television and cellular phones. | $12,000.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes.  Describe.....

| Silver coins, signed autographs. | $10,000.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes.  Describe.....

---

Official Form 106A/B   Schedule A/B: Property   page 2

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Suits, shirts, and shoes. | $2,500.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Rolex watch bought in 1986 for $8,600. | $8,600.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here .........................................................................................

| |
|---|
| $36,600.00 |

**Part 4:** Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ■ No
   ☐ Yes..................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ■ Yes......................
   Institution name:

| 17.1. | **Checking Account** | 1st Summit Bank | $3.17 |
|---|---|---|---|

Debtor 1    **Stephen Gregory Zamias, Sr.**    Case number *(if known)*    19-70113

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
■ Yes.................      Institution or issuer name:

|  |  |
|---|---|
| **First Summit Bank Stock: 1,550 shares at $123.00 as co-tenant with Maryann Lambrinos and is currently held by Somerset Trust against a $150,000 loan held with them. Because of co-ownership, schedule value is 1/2 value of the total value of all shares.** | $95,245.00 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: |  |
|---|---|---|
| **Zamias Services, Inc.** | 50% Shareholder % | Unknown |
| **Limited Partner: Bel Air Plaza Associates, a Pennsylvania general partnership** | 28.71% Limited Partner % | Unknown |
| **Limited Partner: Hilltop Z, LP, a Pennsylvania limited partnership** | 16% Limited Partner % | Unknown |
| **University Park, GP, Inc., a Delaware corporation (and general partner of Univeristy Park Associates Limited Partnership)** | 100% Sole Shareholder % | Unknown |
| **Limited Partner: University Park Associates Limited Partnership, a Pennsylvania limited partnership** | 23% Limited Partner % | Unknown |
| **Westwood Zamias GP Corp, a Pennsylvania corporation (and general partner of Westwood Zamias Limited Partnership)** | 50% Shareholder % | Unknown |
| **Limited Partner: Westwood Zamias Limited Partnership, a Pennsylvania limited partnership (limited partner of Westwood Zamias Limited Partnership)** | 29.3% Limited Partner % | Unknown |
| **Indiana Mall GP Corp, a Delaware corporation (and general partner of Indiana Mall Company Limited Partnership)** | 16.30% Shareholder % | Unknown |
| **Limited Partner: Indiana Mall Company Limited Partnership, a Delaware limited partnership (limited partner of Indiana Mall Company Limited Partnership)** | 16.30% Limited Partners % | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | |
|---|---|---|
| Johnstown Galleria, LLC (member of Gemini Johnstown Galleria S, LLC) | 50% Membership Interest % | Unknown |
| Pitt Village Mezz GP Corp, a Pennsylvania corporation (and general parter of Pitt Village LP) | 26.825% Shareholder % | Unknown |
| Pitt Village Genpar Corp., a Pennsylvania corporation (and general partner of Pitt Village Mezz LP) | 26.825% Limited Partner % | Unknown |
| Pitt Village Mezz LP, a Pennsylvania limited partnership (and limited partner of Pitt Village, LP) | 26.625% Limited Partner % | Unknown |
| Tamaqua Z, LP (limited partner of Tamaqua Associates, LP) | 20.25% Limited Partner % | Unknown |
| ZGAL Associates, LP | 10.66% General Partnership Interest; 32.84% limited partnership interest % | Unknown |
| Zamias OBDC, LP (limited partnerof OBDC Limited Partnership, which is a member of ZRAJ Olean, LLC) | 25% Partnership Interest % | Unknown |
| Zamias Oakmont Management, LLC | 25% Membership Interest % | Unknown |
| Z-OBDC GP Corp. (general parter of OBCD Limited Partnership, which is a limited partner of ZRAJ Dunbar, LLC) | 25% Shareholder Interest % | Unknown |
| ZEEFAM ODBC Corp. | 25% Shareholder % | Unknown |
| Shareholder: Uni-Park Ground, Inc., a Delaware corporation | 100% Shareholder % | Unknown |
| Limited Partner: Uni-Park Ground Limited Partnership, a Pennsylvania limited partnership (limited partner of Uni-Park Ground, Inc.) | 23% Limited Partner % | Unknown |

| | | | |
|---|---|---|---|
| **Limted Partnership: ZGAL Associates Residual Limited Partnership, a Delaware limited partnership (limited partner of Pittsburgh Mills Residual, L.P.)** | 10.66% General Partner | % | Unknown |
| **Limited Partnership: ZGAL Associates Residual Limited Partnership, a Delaware limited partnership (limited partner of Pittsburgh Mills Residual, L.P.)** | 30.5% Limited Partner | % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☑ No
    ☐ Yes. List each account separately.
        Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

Debtor 1   **Stephen Gregory Zamias, Sr.**    Case number *(if known)*   19-70113

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☒ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ☒ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **UPMC Health Insurance through ZSI** | | $0.00 |
| **1st Summit Life Insurance** | **Maryann Lambrinos** | $0.00 |
| **Northwest Mutual** | **Maryann Lambrinos** | $0.00 |
| New York Life | **Stephen Zamias, Jr., Danille Carlson, Jessica Zamias, and Jennifer Zamias** | $0.00 |
| **TransAmerica Life Insurance: Debtor is 1/3 owner and a beneficiary (having 1/3 interest in any death benefit on the life of George Demo Zamias, Sr.). Beneficiaries on the policy are the Debtor (33%), Damian Zamias (33%), and Kathleen Zamias (12.02%), Christopher Zamias (5.33%), Erik Zamias (5.33%), Samantha Zamias (5.33%), and Michael Zamias (5.33%).** | **See above** | $600,000.00 |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ☒ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ☒ Yes. Describe each claim.........

| | |
|---|---|
| **Money loaned to Zamias Services, Inc. (Shareholder Loan)** | $156,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☒ No
   ☐ Yes. Describe each claim.........

Debtor 1   **Stephen Gregory Zamias, Sr.**   Case number *(if known)*   19-70113

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..........................................................................................   $851,248.17

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
- ☐ No
- ■ Yes.  Describe.....

| | |
|---|---|
| **Zamias Services, Inc. Special Account used by Debtor -Somerset Trust** | $2,900.00 |

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ■ No
- ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ■ No
- ☐ Yes.  Describe.....

41. **Inventory**
- ■ No
- ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
- ☐ No
- ■ Yes.  Give specific information about them...................
   Name of entity:                                    % of ownership:

| | | |
|---|---|---|
| **See Business Interests Listed at #19** | % | $0.00 |

43. **Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ Do your lists include **personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    - ■ No
    - ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

Official Form 106A/B                          Schedule A/B: Property                                    page 8

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1   **Stephen Gregory Zamias, Sr.**   Case number *(if known)*   <u>19-70113</u>

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here.................................................................................................... | **$2,900.00**

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here  ................................... | **$0.00**

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ............................................................................................. | $110,000.00

56. **Part 2: Total vehicles, line 5** | $55,617.46

57. **Part 3: Total personal and household items, line 15** | $36,600.00

58. **Part 4: Total financial assets, line 36** | $851,248.17

59. **Part 5: Total business-related property, line 45** | $2,900.00

60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00

61. **Part 7: Total other property not listed, line 54** | + | $0.00

62. **Total personal property. Add lines 56 through 61...** | $946,365.63 | Copy personal property total | $946,365.63

63. **Total of all property on Schedule A/B. Add line 55 + line 62** | $1,056,365.63

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Stephen Gregory Zamias, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | 19-70113 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **403 Slater Street Johnstown, PA 15905  Cambria County**<br>Line from *Schedule A/B*: **1.1** | $110,000.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2016 Audi A-6 38,000 miles**<br>Line from *Schedule A/B*: **3.1** | $55,617.46 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Regular household wares**<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Television and cellular phones.**<br>Line from *Schedule A/B*: **7.1** | $12,000.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Silver coins, signed autographs.**<br>Line from *Schedule A/B*: **8.1** | $10,000.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Stephen Gregory Zamias, Sr.**                                    Case number (if known)    **19-70113**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Suits, shirts, and shoes.**<br>Line from *Schedule A/B*: **11.1** | $2,500.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Rolex watch bought in 1986 for $8,600.**<br>Line from *Schedule A/B*: **12.1** | $8,600.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking Account: 1st Summit Bank**<br>Line from *Schedule A/B*: **17.1** | $3.17 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **First Summit Bank Stock: 1,550 shares at $123.00 as co-tenant with Maryann Lambrinos and is currently held by Somerset Trust against a $150,000 loan held with them. Because of co-ownership, schedule value is 1/2 value of the total value of all shares.**<br>Line from *Schedule A/B*: **18.1** | $95,245.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Zamias Services, Inc.**<br>**50% Shareholder**<br>Line from *Schedule A/B*: **19.1** | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Limited Partner: Bel Air Plaza Associates, a Pennsylvania general partnership**<br>**28.71% Limited Partner**<br>Line from *Schedule A/B*: **19.2** | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Limited Partner: Hilltop Z, LP, a Pennsylvania limited partnership**<br>**16% Limited Partner**<br>Line from *Schedule A/B*: **19.3** | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **University Park, GP, Inc., a Delaware corporation (and general partner of Univeristy Park Associates Limited Partnership)**<br>**100% Sole Shareholder**<br>Line from *Schedule A/B*: **19.4** | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Limited Partner: University Park Associates Limited Partnership, a Pennsylvania limited partnership**<br>**23% Limited Partner**<br>Line from *Schedule A/B*: **19.5** | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1   **Stephen Gregory Zamias, Sr.**                                                    Case number (if known)    19-70113

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Westwood Zamias GP Corp, a Pennsylvania corporation (and general partner of Westwood Zamias Limited Partnership)**<br>**50% Shareholder**<br>Line from *Schedule A/B*: 19.6 | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Limited Partner: Westwood Zamias Limited Partnership, a Pennsylvania limited partnership (limited partner of Westwood Zamias Limited Partnership)**<br>**29.3% Limited Partner**<br>Line from *Schedule A/B*: 19.7 | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Indiana Mall GP Corp, a Delaware corporation (and general partner of Indiana Mall Company Limited Partnership)**<br>**16.30% Shareholder**<br>Line from *Schedule A/B*: 19.8 | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Limited Partner: Indiana Mall Company Limited Partnership, a Delaware limited partnership (limited partner of Indiana Mall Company Limited Partnership)**<br>**16.30% Limited Partners**<br>Line from *Schedule A/B*: 19.9 | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Johnstown Galleria, LLC (member of Gemini Johnstown Galleria S, LLC)**<br>**50% Membership Interest**<br>Line from *Schedule A/B*: 19.10 | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Pitt Village Mezz GP Corp, a Pennsylvania corporation (and general parter of Pitt Village LP)**<br>**26.825% Shareholder**<br>Line from *Schedule A/B*: 19.11 | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Pitt Village Genpar Corp., a Pennsylvania corporation (and general partner of Pitt Village Mezz LP)**<br>**26.825% Limited Partner**<br>Line from *Schedule A/B*: 19.12 | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Pitt Village Mezz LP, a Pennsylvania limited partnership (and limited partner of Pitt Village, LP)**<br>**26.625% Limited Partner**<br>Line from *Schedule A/B*: 19.13 | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Tamaqua Z, LP (limited partner of Tamaqua Associates, LP)**<br>**20.25% Limited Partner**<br>Line from *Schedule A/B*: 19.14 | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1    **Stephen Gregory Zamias, Sr.**                                     Case number (if known)    19-70113

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **ZGAL Associates, LP**<br>**10.66% General Partnership Interest;**<br>**32.84% limited partnership interest**<br>Line from *Schedule A/B*: **19.15** | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Zamias OBDC, LP (limited partner of OBDC Limited Partnership, which is a member of ZRAJ Olean, LLC)**<br>**25% Partnership Interest**<br>Line from *Schedule A/B*: **19.16** | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Zamias Oakmont Management, LLC**<br>**25% Membership Interest**<br>Line from *Schedule A/B*: **19.17** | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **ZEEFAM ODBC CORP.** | Unknown | **All equity, if any, in the full value of the property** | 11 U.S.C. 522(d)(5) |
| **Z-OBDC GP Corp. (general parter of OBCD Limited Partnership, which is a limited partner of ZRAJ Dunbar, LLC)**<br>**25% Shareholder Interest**<br>Line from *Schedule A/B*: **19.18** | Unknown | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Shareholder: Uni-Park Ground, Inc., a Delaware corporation**<br>**100% Shareholder interest**<br>Line from *Schedule A/B*: **19.20** | Unknown | **All equity, if any, in the full value of the property** | 11 U.S.C. § 522(d)(5) |
| **Limited Partnership: Uni-Park Ground Limited Partnership, a Pennsylvania limited partnership (limited partner of Uni-Park Ground, Inc.)**<br>**23% Limited Partner**<br>Line from *Schedule A/B*: **19.21** | Unknown | **All equity, if any, in the full value of the property** | 11 U.S.C. § 522(d)(5) |
| **Limited Partnership: ZGAL Associates Residual Limited Partnership, a Delaware limited partnership (limited partner of Pittsburgh Mills Residual, LP)**<br>**10.66% General Partner**<br>Line from *Schedule A/B*: **19.22** | Unknown | **All equity, if any, in the full value of the property** | 11 U.S.C. § 522(d)(5) |
| **Limited Partnership: ZGAL Associates Residual Limited Partnership, a Delaware limited partnership (limited partner of Pittsburgh Mills Residual, LP)**<br>**30.5% Limited Partner**<br>Line from *Schedule A/B*: **19.23** | Unknown | **All equity, if any, in the full value of the property** | 11 U.S.C. § 522(d)(5) |

Debtor 1   **Stephen Gregory Zamias, Sr.**                                                           Case number (if known)   19-70113

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **UPMC Health Insurance through ZSI**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| **1st Summit Life Insurance**<br>Beneficiary: Maryann Lambrinos<br>Line from *Schedule A/B*: **31.2** | $0.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| **Northwest Mutual**<br>Beneficiary: Maryann Lambrinos<br>Line from *Schedule A/B*: **31.3** | $0.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| **New York Life**<br>Beneficiary: Stephen Zamias, Jr., Danille Carlson, Jessica Zamias, and Jennifer Zamias<br>Line from *Schedule A/B*: **31.4** | $0.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| **TransAmerica Life Insurance: Debtor is 1/3 owner and a beneficiary (having 1/3 interest in any death benefit)**<br>Beneficiary: Stephen Zamias, Sr.; Damian Zamias; Estate of Samuel Zamias<br>Line from *Schedule A/B*: **31.5** | $600,000.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| **ZSI Special Services Account for Debtor** | $2900 | **All equity, if any, in the full value of the property** | 11 U.S.C. 522(d)(5) |
| **Money loaned to Zamias Services, Inc. (Shareholder Loan)**<br>Line from *Schedule A/B*: **33.1** | $156,000.00 | ☑ **All equity, if any, in the full value of the property**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3.   **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Gregory Zamias, Sr.** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | **19-70113** |
| (if known) | |

■ Check if this is an
amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1**  **1st Summit Bank**<br>Creditor's Name | Describe the property that secures the claim:<br>**403 Slater Street Johnstown, PA<br>15905  Cambria County** | **$80,844.96** | **$220,000.00** | **$0.00** |

**2.1**  **1st Summit Bank**
Creditor's Name

**125 Donald Lane
Johnstown, PA 15904**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**403 Slater Street Johnstown, PA
15905  Cambria County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____     Last 4 digits of account number   **7589**

| **2.2**  **1st Summit Bank**<br>Creditor's Name | Describe the property that secures the claim:<br>**403 Slater Street Johnstown, PA<br>15905  Cambria County** | **$44,748.87** | **$220,000.00** | **$0.00** |
|---|---|---|---|---|

**125 Donald Lane
Johnstown, PA 15904**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **2013**     Last 4 digits of account number   **3354**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Stephen Gregory Zamias, Sr.**
_____
First Name        Middle Name        Last Name

Case number (if known)    **19-70113**

---

| 2.3 | **1st Summit Bank** | Describe the property that secures the claim: | $1,000,000.00 | Unknown | Unknown |

Creditor's Name

**Zamias Services, Inc.**
**50% Shareholder**

**125 Donald Lane**
**Johnstown, PA 15904**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **November 12, 2015**

Last 4 digits of account number _____

---

| 2.4 | **1st Summit Bank** | Describe the property that secures the claim: | $1,690,000.00 | Unknown | Unknown |

Creditor's Name

**Zamias Services, Inc.**
**50% Shareholder**

**125 Donald Lane**
**Johnstown, PA 15904**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2012**

Last 4 digits of account number _____

---

| 2.5 | **1st Summit Bank** | Describe the property that secures the claim: | $1,690,000.00 | $600,000.00 | $1,090,000.00 |

Creditor's Name

**Transamerica Life Insurance Policy**

**125 Donald Lane**
**Johnstown, PA 15904**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2012**

Last 4 digits of account number

**Duplicate to show addt'l lien**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Stephen Gregory Zamias, Sr.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if known)　**19-70113**

---

| 2.6 | **1st Summit Bank** | | $1,000,000.00 | $600,000.00 | $1,000,000.00 |
| | Creditor's Name | | | | 0 |

Describe the property that secures the claim:

> **Transamerica Life Insurance Policy**

**125 Donald Lane
Johnstown, PA 15904**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred　**November 12, 2015**

Last 4 digits of account number　**Duplicate to Show Addtl Lien**

---

| 2.7 | **Audi Financial Services** | | $58,617.00 | $55,617.46 | $2,999.54 |
| | Creditor's Name | | | | |

Describe the property that secures the claim:

> **2016 Audi A-6 38,000 miles**

**P.O. Box 3
Hillsboro, OR 97123**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred　**2017**

Last 4 digits of account number　**0408**

---

| 2.8 | **Cambria County Tax Claim Bureau** | | $5,800.00 | $220,000.00 | $0.00 |
| | Creditor's Name | | | | |

Describe the property that secures the claim:

> **403 Slater Street Johnstown, PA 15905  Cambria County**

**200 South Center St.
Ebensburg, PA 15931**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　**Property taxes**

Date debt was incurred　_____

Last 4 digits of account number　_____

---

Debtor 1    **Stephen Gregory Zamias, Sr.**
     First Name          Middle Name          Last Name

Case number (if known)    **19-70113**

---

| 2.9 | **Fifth Third Bank** | Describe the property that secures the claim: | $3,099,912.25 | $0.00 | $3,099,912.25 |

Creditor's Name

Describe the property that secures the claim:

**Judgment Debt**

**MD 109008**
**38 Fountain Square Plaza**
**Cincinnati, OH 45263**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.10 | **Fifth Third Bank** | Describe the property that secures the claim: | $510,000.00 | $0.00 | $510,000.00 |

Creditor's Name

Describe the property that secures the claim:

**Judgment Debt**

**MD 109008**
**38 Fountain Square Plaza**
**Cincinnati, OH 45263**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.11 | **Internal Revenue Service** | Describe the property that secures the claim: | $160,100.00 | $220,000.00 | $71,493.83 |

Creditor's Name

Describe the property that secures the claim:

**403 Slater Street Johnstown, PA 15905  Cambria County**

**1000 Liberty Avenue**
**Pittsburgh, PA 15222**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2017**    Last 4 digits of account number _____

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 6

| Debtor 1 | Stephen Gregory Zamias, Sr. | | Case number (if known) | 19-70113 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.1 2 | PA Department of Revenue | Describe the property that secures the claim: | $140,000.00 | $220,000.00 | $140,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**403 Slater Street Johnstown, PA 15905  Cambria County**

**Department 280406
Harrisburg, PA
17128-0406**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2011, 2013, 2015, 2016**   Last 4 digits of account number _____

| 2.1 3 | **Somerset Trust Company** | Describe the property that secures the claim: | $150,000.00 | $95,245.00 | $54,755.00 |
|---|---|---|---|---|---|

Creditor's Name

**First Summit Bank Stock: 1,550 shares at $123.00 as co-tenant with Maryann Lambrinos and is currently held by Somerset Trust against a $150,000 loan held with them. Because of co-ownership, schedule value is 1/2 value of the total value of**

**116 Market Street
Johnstown, PA 15901**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | $9,630,023.08 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | $9,630,023.08 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Stephen Gregory Zamias, Sr.**                                    Case number (*if known*)    **19-70113**

First Name              Middle Name              Last Name

| | |
|---|---|
| ☐ Name, Number, Street, City, State & Zip Code<br>**Bernstein-Burkley, P.C.**<br>**Nicholas D. Krawec, Esq.**<br>**Suite 2200, Gulf Tower**<br>**707 Grant Street**<br>**Pittsburgh, PA 15219** | On which line in Part 1 did you enter the creditor?  **2.9**<br><br>Last 4 digits of account number ___ |
| ☐ Name, Number, Street, City, State & Zip Code<br>**Bernstein-Burkley, P.C.**<br>**Nicholas D. Krawec, Esq.**<br>**Suite 2200, Gulf Tower**<br>**707 Grant Street**<br>**Pittsburgh, PA 15219** | On which line in Part 1 did you enter the creditor?  **2.10**<br><br>Last 4 digits of account number ___ |

Official Form 106D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 6 of 6

**Fill in this information to identify your case:**

Debtor 1        **Stephen Gregory Zamias, Sr.**
                First Name                    Middle Name                    Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name                    Last Name

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number    19-70113
(if known)

■ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|
| **4.1** **1st Summit Bank** | Last 4 digits of account number    2842 | **$18,000.00** |
| Nonpriority Creditor's Name | | |
| **125 Donald Lane** | When was the debt incurred?    over time | |
| **Johnstown, PA 15904** | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Ordinary business purchases open credit account - business debt**

Debtor 1  **Stephen Gregory Zamias, Sr.**                    Case number (if known)    **19-70113**

---

| 4.2 | **1st Summit Bank** | Last 4 digits of account number | **3782** | **$6,800.00** |

Nonpriority Creditor's Name

**125 Donald Lane**
**Johnstown, PA 15904**                When was the debt incurred?    **over time**
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ☐ Disputed

☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community        ☐ Student loans
debt
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

☑ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ☑ Other. Specify   **Ordinary business purchases open credit**
                                                               **account - business debt**

---

| 4.3 | **1st Summit Bank** | Last 4 digits of account number | **3585** | **$60,846.00** |

Nonpriority Creditor's Name

**125 Donald Lane**
**Johnstown, PA 15904**                When was the debt incurred?    **2016**
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ☐ Disputed

☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community        ☐ Student loans
debt
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

☑ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ☑ Other. Specify   **Ordinary business purchases open credit**
                                                               **account - business debt**

---

| 4.4 | **Audi Financial Services** | Last 4 digits of account number | **0021** | **$29,400.00** |

Nonpriority Creditor's Name

**P.O. Box 3**
**Hillsboro, OR 97123**                When was the debt incurred?    **2016**
Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ☐ Disputed

☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a  community        ☐ Student loans
debt
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

☑ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ☑ Other. Specify   **Auto Loan**

---

Debtor 1  **Stephen Gregory Zamias, Sr.**                    Case number (if known)    **19-70113**

---

| 4.5 | **Babst Calland Clements & Zomnir** | Last 4 digits of account number _____ | $21,000.00 |

Nonpriority Creditor's Name
**Two Gateway Center**
**Pittsburgh, PA 15222**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorney's Fees**

---

| 4.6 | **Chase Card Services** | Last 4 digits of account number  **6711** | $13,500.00 |

Nonpriority Creditor's Name
**P.O. Box 1423**
**Charlotte, NC 28201**
Number Street City State Zip Code

When was the debt incurred?  **over time**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Ordinary business purchases open credit account - business debt**

---

| 4.7 | **Fifth Third Bank** | Last 4 digits of account number _____ | $17,118,767.50 |

Nonpriority Creditor's Name
**MD 109008**
**38 Fountain Square Plaza**
**Cincinnati, OH 45263**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty liability for business loans**

---

Debtor 1  **Stephen Gregory Zamias, Sr.**                                    Case number (if known)    **19-70113**

---

| 4.8 | **First Bank of Charleston, Inc.** | Last 4 digits of account number  **6798** | | **$1,895,000.00** |

Nonpriority Creditor's Name

**201 Pennsylvania Avenue**
**Charleston, WV 25302**

When was the debt incurred?    **08/16/2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.9 | **Five Star Bank Olean Branch** | Last 4 digits of account number | | **$5,629,337.46** |

Nonpriority Creditor's Name

**129 North Union Street**
**Olean, NY 14760**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of business debt**

---

| 4.10 | **Lampl Law Office** | Last 4 digits of account number | | **$54,000.00** |

Nonpriority Creditor's Name

**223 4th Avenue**
**Suite 4**
**Pittsburgh, PA 15222**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorney's Fees**

---

Debtor 1  **Stephen Gregory Zamias, Sr.**                      Case number (if known)    **19-70113**

---

| 4.1 1 | **PA Municipal Service Co.** | Last 4 digits of account number ___ ___ ___ ___ | $9,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**336 Delaware Avenue
Dept. W62
Oakmont, PA 15139-2138**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.1 2 | **Purcel Dental PC** | Last 4 digits of account number ___ ___ ___ ___ | $3,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1390 Eisenhower Blvd.
Johnstown, PA 15904**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical services**

---

| 4.1 3 | **S&T Bank** | Last 4 digits of account number ___ ___ ___ ___ | $1,750,804.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P. O. Box 190
Indiana, PA 15701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty of business debt - Bel Air Plaza Associates, LP**

---

Debtor 1    **Stephen Gregory Zamias, Sr.**    Case number (if known)    **19-70113**

| 4.1 4 | | | |
|---|---|---|---|

**SLC Realty, Inc.**                                         Last 4 digits of account number _____ _____ _____ _____        $100,000.00

Nonpriority Creditor's Name
**327 North Craig Street**                            When was the debt incurred?    _____
**Pittsburgh, PA 15213**
Number Street City State Zip Code                    **As of the date you file, the claim is: Check all that apply**
**Who incurred the debt? Check one.**

■ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☐ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify    **Loan**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**Bernstein-Burkley, P.C.**                    Line **4.7** of (Check one):        ☐ Part 1: Creditors with Priority Unsecured Claims
**c/o Kirk Burkley, Esq.**
**707 Grant St.**                                                                 ■ Part 2: Creditors with Nonpriority Unsecured Claims
**Suite 2200 Gulf Tower**
**Pittsburgh, PA 15219**

                                              Last 4 digits of account number _____

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 26,709,454.96 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 26,709,454.96 |

---

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Stephen Gregory Zamias, Sr.** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number | 19-70113 | |
| (if known) | | |

■ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number      Street | |
| City          State          ZIP Code | |
| **2.2** | |
| Name | |
| Number      Street | |
| City          State          ZIP Code | |
| **2.3** | |
| Name | |
| Number      Street | |
| City          State          ZIP Code | |
| **2.4** | |
| Name | |
| Number      Street | |
| City          State          ZIP Code | |
| **2.5** | |
| Name | |
| Number      Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Stephen Gregory Zamias, Sr.** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | 19-70113 |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

    **1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☐ No
    ■ Yes

    **2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ■ No. Go to line 3.
    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    **3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | **Column 1:** Your codebtor <br> Name, Number, Street, City, State and ZIP Code | **Column 2:** The creditor to whom you owe the debt <br> Check all schedules that apply: |
|---|---|---|
| 3.1 | **Bel Air Plaza Associates, LP** <br> **500 Galleria Dr.** <br> **Suite 287** <br> **Johnstown, PA 15904** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.13** <br> ☐ Schedule G _____ <br> **S&T Bank** |
| 3.2 | **Damian G. Zamias** <br> **372 N. Craig St.** <br> **Pittsburgh, PA 15213** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.5** <br> ☐ Schedule G _____ <br> **Babst Calland Clements & Zomnir** |
| 3.3 | **Damian G. Zamias** <br> **372 N. Craig St.** <br> **Pittsburgh, PA 15213** | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Fifth Third Bank** |

Debtor 1   **Stephen Gregory Zamias, Sr.** _____    Case number *(if known)*   **19-70113**

▰ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.4    **Damian G. Zamias** 372 N. Craig St. Pittsburgh, PA 15213 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.7___ ☐ Schedule G _____ **Fifth Third Bank** |
| 3.5    **Damian G. Zamias** 327 N. Craig St. Pittsburgh, PA 15213 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.10___ ☐ Schedule G _____ **Lampl Law Office** |
| 3.6    **Damian G. Zamias** 372 N. Craig St. Pittsburgh, PA 15213 | ■ Schedule D, line ___2.3___ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **1st Summit Bank** |
| 3.7    **Damian G. Zamias** 372 N. Craig St. Pittsburgh, PA 15213 | ■ Schedule D, line ___2.4___ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **1st Summit Bank** |
| 3.8    **Damian G. Zamias** 372 N. Craig St. Pittsburgh, PA 15213 | ■ Schedule D, line ___2.9___ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Fifth Third Bank** |
| 3.9    **Damian G. Zamias** | ■ Schedule D, line ___2.10___ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Fifth Third Bank** |
| 3.10   **Estate of Marianna Zamias** 403 Slater St. Johnstown, PA 15905 **Stephen G. Zamias, Sr. is executor** | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Fifth Third Bank** |
| 3.11   **Estate of Marianna Zamias** 403 Slater St. Johnstown, PA 15905 **Stephen G. Zamias, Sr.  is executor** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.7___ ☐ Schedule G _____ **Fifth Third Bank** |

Debtor 1    **Stephen Gregory Zamias, Sr.**                          Case number *(if known)*    **19-70113**

▉ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Estate of Samuel C. Zamias**<br><br>**Kathleen Zamias is executrix** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Fifth Third Bank** |
| 3.13 **Estate of Samuel C. Zamias**<br><br>**Kathleen Zamias is executrix** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.7**__<br>☐ Schedule G<br>**Fifth Third Bank** |
| 3.14 **Estate of Samuel C. Zamias**<br>**992 Fender Lane**<br>**Johnstown, PA 15905**<br>**Kathleen Zamias is Executrix** | ■ Schedule D, line __**2.9**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Fifth Third Bank** |
| 3.15 **Estate of Samuel C. Zamias**<br><br>**Kathleen Zamias is excutrix** | ■ Schedule D, line __**2.10**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Fifth Third Bank** |
| 3.16 **George Demo Zamias, Sr.**<br>**2268 Crabtree Lane**<br>**Johnstown, PA 15904** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Fifth Third Bank** |
| 3.17 **George Demo Zamias, Sr.**<br>**2268 Crabtree Lane**<br>**Johnstown, PA 15905** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.7**__<br>☐ Schedule G<br>**Fifth Third Bank** |
| 3.18 **George Demo Zamias, Sr.**<br>**2268 Crabtree Lane**<br>**Johnstown, PA 15905** | ■ Schedule D, line __**2.9**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Fifth Third Bank** |
| 3.19 **George Demo Zamias, Sr.** | ■ Schedule D, line __**2.10**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Fifth Third Bank** |

Debtor 1   **Stephen Gregory Zamias, Sr.** _____    Case number *(if known)*   **19-70113**

| | |
|---|---|
| ■■■■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.20   **Maryann Lambrinos**
        **403 Slater St.**
        **Johnstown, PA 15905**

■ Schedule D, line   **2.8**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Cambria County Tax Claim Bureau**

---

3.21   **Maryann Lambrinos**
        **403 Slater St.**
        **Johnstown, PA 15905**

■ Schedule D, line   **2.13**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Somerset Trust Company**

---

3.22   **Pittston Associates LP**
        **500 Galleria Dr.**
        **Suite 287**
        **Johnstown, PA 15904**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.7**
☐ Schedule G _____
**Fifth Third Bank**

---

3.23   **Taylor Associates, LP**
        **500 Galleria Dr.**
        **Suite 287**
        **Johnstown, PA 15904**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.7**
☐ Schedule G _____
**Fifth Third Bank**

---

3.24   **Zamias Services, Inc.**
        **500 Galleria Dr.**
        **Suite 287**
        **Johnstown, PA 15904**

■ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G _____
**1st Summit Bank**

---

3.25   **Zamias Services, Inc.**
        **500 Galleria Dr.**
        **Suite 287**
        **Johnstown, PA 15904**

■ Schedule D, line   **2.4**
☐ Schedule E/F, line _____
☐ Schedule G _____
**1st Summit Bank**

---

3.26   **ZRAJ D-OUTLOT, LLC**
        **P.O. Box 5540**
        **Johnstown, PA 15904**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.8**
☐ Schedule G _____
**First Bank of Charleston, Inc.**

---

3.27   **ZRAJ Olean, LLC**
        **500 Galleria Dr.**
        **Suite 287**
        **Johnstown, PA 15904**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.9**
☐ Schedule G _____
**Five Star Bank Olean Branch**

---

Official Form 106H                                     Schedule H: Your Codebtors                                     Page 4 of 4

Fill in this information to identify your case:

Debtor 1        **Stephen Gregory Zamias, Sr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number    **19-70113**
(If known)

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Real Estate Developer/Owner** | |
| Employer's name | | **Zamias Services, Inc.** | |
| Employer's address | | **P.O. Box 5486<br>Johnstown, PA 15904** | |
| How long employed there? | | **23 years** | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **11,500.00** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **11,500.00** | $ **N/A** |

Debtor 1   **Stephen Gregory Zamias, Sr.**                                    Case number (*if known*)   **19-70113**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ **11,500.00** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 83.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 2,000.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00  + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. 6. $ **2,083.00** $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. $ **9,417.00** $ **N/A**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: **Board Fees** | 8h.+ | $ 2,000.00  + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. 9. $ **2,000.00** $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9. 10. $ **11,417.00** + $ **N/A** = $ **11,417.00**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____ 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies 12. $ **11,417.00**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☑ Yes. Explain: **Debtor has resigned from 1st Summit Board and will not continue to receive Board Fees (8h).**

**Fill in this information to identify your case:**

Debtor 1   **Stephen Gregory Zamias, Sr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number   **19-70113**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.

    ☐ Yes. Fill out this information for each dependent...........

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 1,136.00

If not included in line 4:

4a.  Real estate taxes    4a. $ 450.00
4b.  Property, homeowner's, or renter's insurance    4b. $ 100.00
4c.  Home maintenance, repair, and upkeep expenses    4c. $ 250.00
4d.  Homeowner's association or condominium dues    4d. $ 0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ 600.00

Debtor 1   **Stephen Gregory Zamias, Sr.**          Case number (if known)   **19-70113**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 350.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 94.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 684.00 |
| | 6d. | Other. Specify: **Credit Cards** | 6d. $ | 2,700.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 400.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 410.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 150.00 |
| 10. | **Personal care products and services** | | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 200.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 770.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 1,241.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 1,280.00 |
| | 17c. | Other. Specify: **Secured Loan Summit Trust** | 17c. $ | 1,729.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. $ | 954.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**

22a. Add lines 4 through 21.                                                          $   13,898.00
22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        $
22c. Add line 22a and 22b. The result is your monthly expenses.                        $   13,898.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.          23a. $   11,417.00
23b. Copy your monthly expenses from line 22c above.                        23b. -$   13,898.00

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                                 23c. $   -2,481.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.        Explain here: **The Debtor no longer has credit card payment expense since the Petition Date.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Gregory Zamias, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | 19-70113 |
| (if known) | |

■ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
   |---|---|---|---|---|
   | From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $23,000.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Stephen Gregory Zamias, Sr.**                     Case number (*if known*)   19-70113

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2018 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $90,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $48,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $110,130.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Board Fees | $6,000.00 | | |
| **For last calendar year:** (January 1 to December 31, 2018 ) | Board Fees | $40,000.00 | | |
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | Board Fees | $40,000.00 | | |

**Part 3:**    List Certain Payments You Made Before You Filed for Bankruptcy

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

    ☐  No.    Go to line 7.
    ■  Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

☐    Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.    Go to line 7.
☐   Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Greater Johnstown School District 1091 Broad Street Johnstown, PA 15906** | 03/01/2019 | $9,800.00 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **Real Estate Taxes - School District** |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐   No
■   Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Sandy Kopco 2312 Woodcrest Drive Johnstown, PA 15915** | 12/10/2018 | $50,000.00 | $0.00 | **Property Settlement Agreement.** |

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■   No
☐   Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐   No
■   Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Fifth Third Bank v. Stephen Zamias, et. al. 2017-945** | **Confession of Judgment** | **Court of Common Pleas of Cambria County 200 S. Center Street Ebensburg, PA 15931** | ☐ Pending ☐ On appeal ■ Concluded |

Debtor 1    **Stephen Gregory Zamias, Sr.**                    Case number (if known)   19-70113

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Fifth Third Bank v. Stephen Zamias, et. al.**<br>**2017-945** | **Confession of Judgment** | **Court of Common Pleas of Cambria County**<br>**200 S. Center Street**<br>**Ebensburg, PA 15931** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Fifth Third Bank v. George Zamias, et al.**<br>**2019-716** | **Confession of Judgment** | **Court of Common Pleas of Cambria County**<br>**200 S. Center Street**<br>**Ebensburg, PA 15931** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Fifth Third Bank**<br>**MD 109008**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** | **Debtor's Bank Account at First Summit Bank**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **1/31/2019** | **$3.71** |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Debtor 1   **Stephen Gregory Zamias, Sr.**   Case number (if known)   **19-70113**

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **St. Mary's Greek Orthodox Church**<br>**435 Somerset Street**<br>**Johnstown, PA 15901** | **Monetary Contribution** | **1/1/17 and 12/31/17** | **$4,800.00** |

**Part 6:   List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:   List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Campbell & Levine, LLC**<br>**310 Grant Street**<br>**Suite 1700**<br>**Pittsburgh, PA 15219**<br>**www.camlev.com**<br>**SLC Realty, Inc.** | **Attorneys fees for pre-petition services paid by SLC Realty, Inc., owned by a non-debtor** | **March 6, 2019** | **$6,666.67** |
| **Campbell & Levine, LLC**<br>**310 Grant Street**<br>**Suite 1700**<br>**Pittsburgh, PA 15219**<br>**www.camlev.com**<br>**SLC Realty, Inc.** | **Attorney's fees for post-petition work paid by SLC Realty, Inc., owned by non-debtors** | **March 6, 2019** | **$12,500.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1  **Stephen Gregory Zamias, Sr.**                                    Case number (*if known*)  **19-70113**

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐  No

■  Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|
| **Zamias Services, Inc.**<br>**500 Galleria Dr.**<br>**Suite 287**<br>**Johnstown, PA 15904**<br><br>**Debtor is 50% Shareholder** | **$64,000.00 Shareholder Loan (funds for such loan were loand by SLC Realty, Inc. to the Debtor) The Debtor made a total of $154,000 in loans to Zamias Services, Inc. over the 3 years prior to the bankruptcy to cover costs in the months of March and October 2016-2019. The Debtor believes these loans are in the ordinary course of business but are included out of an abundance of caution.** | | **March 1, 2019** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■  No

☐  Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■  No

☐  Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐  No

■  Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|
| **Ameriserv Bank**<br>**216 Franklin Street**<br>**Johnstown, PA 15901** | **Maryann Lambrinos**<br>**403 Slater Street**<br>**Johnstown, PA 15905** | **Silver Coins** | ☐ No<br>■ Yes |

Debtor 1  **Stephen Gregory Zamias, Sr.**            Case number *(if known)*  19-70113

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| **Part 10:** | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

■ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

Debtor 1   **Stephen Gregory Zamias, Sr.**      Case number *(if known)*   **19-70113**

■ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Bel Air Plaza Associates | Real Estate Development | EIN:<br><br>From-To |
| Hilltop Z, LP | Real Estate Development | EIN:<br><br>From-To |
| University Park, GP, Inc. | Real Estate Development | EIN:<br><br>From-To |
| University Park Associates Limited Part. | Real Estate Development | EIN:<br><br>From-To |
| Westwood Zamias GP Corp. | Real Estate Development | EIN:<br><br>From-To |
| Westwood Zamias Limited Partnership | Real Estate Development | EIN:<br><br>From-To |
| Indiana Mall GP Corp. | Real Estate Development | EIN:<br><br>From-To |
| Indiana Mall Company Limited Partnership | Real Estate Development | EIN:<br><br>From-To |
| Johnstown Galleria, LLC | Real Estate Development | EIN:<br><br>From-To |
| Pitt Village Mezz GP Corp. | Real Estate Development | EIN:<br><br>From-To |
| Pitt Village Genpar Corp. | Real Estate Development | EIN:<br><br>From-To |
| Pitt Village Mezz LP | Real Estate Development | EIN:<br><br>From-To |
| Tamaqua Z, LP | Real Estate Development | EIN:<br><br>From-To |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Stephen Gregory Zamias, Sr.**    Case number *(if known)*    19-70113

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **ZGAL Associates, LP** | **Real Estate Development** | EIN:<br><br>From-To |
| **Zamias OBDC, LP** | **Real Estate Development** | EIN:<br><br>From-To |
| **Zamias Oakmont Management, LLC** | **Real Estate Development** | EIN:<br><br>From-To |
| **Z-OBDC GP Corp.** | **Real Estate Development** | EIN:<br><br>From-To |
| **Zamias Services, Inc.**<br>300 Market Street<br>Johnstown, PA 15901 | **Real Estate Services Company**<br><br>**Tom Boyd** | EIN:<br><br>From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐   No

■   Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **1st Summit Bank**<br>**125 Donald Lane**<br>**Johnstown, PA 15904** | 11/2018 |

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Stephen Gregory Zamias, Sr.**
**Stephen Gregory Zamias, Sr.**    Signature of Debtor 2
Signature of Debtor 1

Date    **May  8, 2019**    Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Gregory Zamias, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | **19-70113** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **1st Summit Bank** <br><br> Description of property securing debt:  **403 Slater Street Johnstown, PA 15905  Cambria County** | ☐ Surrender the property. <br> ■ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: <br> _____ | ☐ No <br><br> ■ Yes |
| Creditor's name:  **Audi Financial Services** <br><br> Description of property securing debt:  **2016 Audi A-6 38,000 miles** | ☐ Surrender the property. <br> ■ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: <br> _____ | ☐ No <br><br> ■ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Stephen Gregory Zamias, Sr.**                         Case number (*if known*)   **19-70113**

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

**Part 3:**   **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  /s/ Stephen Gregory Zamias, Sr.                    X
   **Stephen Gregory Zamias, Sr.**                          Signature of Debtor 2
   Signature of Debtor 1

Date   **May  8, 2019**                          Date

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Stephen Gregory Zamias, Sr.**                                      Case No.  **19-70113**
                                              Debtor(s)                    Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ 12,500.00 |
| Prior to the filing of this statement I have received | $ 12,500.00 |
| Balance Due | $ 0.00 |

2.  $ **336.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify)    **Fees paid by SLC Realty, Inc.**

4.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify)

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Services included in the engagement of Campbell & Levine, LLC are set forth in an engagement letter executed by the Debtor(s).**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Services not included in the engagement of Campbell & Levine, LLC are set forth in an engagement letter executed by the Debtor(s).**

**\* Debtor(s) has/have agreed to pay Campbell & Levine, LLC at the firm's normal hourly rate.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May  8, 2019**
*Date*

/s/ Kathryn L. Harrison
**Kathryn L. Harrison 209601**
*Signature of Attorney*
**Campbell & Levine, LLC**
**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**
**412-261-0310  Fax: 412-261-5066**
*Name of law firm*

---